In the Matter of the Claim of MARY VAN HERPE, Respondent, against ROMAN CATHOLIC HOME OF THE GOOD SHEPHERD, or CONVENT OF THE GOOD SHEPHERD, Employer, and COMMERCIAL CASUALTY INSURANCE COMPANY, Insurance Carrier, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Appeal from a death benefits award to widow. The hearsay evidence as to the accident was corroborated by the testimony of the widow and the son. Each saw the injured toe and foot, and the widow applied hot packs after the husband "returned from work;" he told them that a heavy piece of iron fell, striking him on the great toe. The statement of injury by the employer admitted the happening of the accident. A physician testified to the causal relation between the injury and the death. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

In the Matter of the Claim of EVA WALCO, Respondent, against FRANK BERLANDO, Employer, and WILLIAM F. DALEY, Appellant. STATE INDUSTRIAL BOARD, Respondent.—Appeal from an award in favor of claimant, who was employed in a restaurant known as the Casino, in the city of Troy. While taking some cream out of an ice box the cover thereof fell, injuring claimant's hand. The award has been made against both alleged employers herein, who are not insured. The appellant asserts that he was not one of the employers, for the reason that the premises were occupied by the employer Berlando, as tenant under a lease, and that the appellant was not interested except as a mortgagee under a chattel mortgage covering the furnishings in the restaurant. Claimant testified that she was hired by both alleged employers, and that the appellant was frequently on the premises and often gave directions to her in her work. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.